IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACKIE CARTER,

        Plaintiff,                              ORDER

v.

                                                10-cv-510-wmc

DYLAN RADTKE and JANEL NICKEL,

        Defendants.

---

In light of a declaration by Brendan M. Fischer averring to plaintiff's counsel's unavailability for the final pretrial conference scheduled January 6, 2016, that conference is CANCELLED, and the January 11, 2016, trial date is STRUCK. The final pretrial conference is rescheduled for February 9, 2016, at 4:00 p.m., with the trial set to commence February 16, 2016.

As for plaintiff's counsel, Attorney Galloway may have until January 15, 2016, to arrange for the treatment facility to send a letter directly to the court, addressed to Judge William Conley, Rm. 540, 120 N. Henry Street, Madison, WI 53703, confirming his date of admission and release. Attorney Galloway is further directed to confer with his client promptly as to whether he wishes to have Galloway continue as his counsel, and submit a letter to this court on or before January 15, 2016, notifying the court of Carter's decision. If Attorney Galloway is not capable of remaining as counsel or if Carter wishes to terminate his representation, the court will endeavor to recruit replacement counsel for the February 16th trial.

Entered this 5th day of January, 2016.

BY THE COURT:
/s/

_____
WILLIAM M. CONLEY
District Judge