IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

v.

DYLON RADTKE, WARDEN
GREGORY GRAMS, JANEL NICKEL,
RICK RAEMISCH, JOANNE LANE,
MARY LEISER, DR. DALIA SULIENE,
LORI ALSUM, ALICE ROGERS AND
THOMAS MALONEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-510-wmc

---

This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered

(1) Denying plaintiff Jackie Carter leave to proceed against defendants Dalia Suliene, Lori Alsum and Thomas Maloney;

(2) Granting summary judgment in favor of defendants Gregory Grams, Rick Raemisch, Joanne Lane, Mary Leiser and Alice Rogers;

(3) Awarding plaintiff Jackie Carter $1.00 for compensatory damages against defendants Dylon Radtke and Janel Nickel, jointly and severally;

(4) Awarding plaintiff Jackie Carter $50 in punitive damages against defendant Dylon Radtke; and

(5)   Awarding plaintiff Jackie Carter $100 in punitive damages against defendant Janel Nickel.

Approved as to form this 23rd day of February, 2016.

_____
William M. Conley, District Judge

by: Erica L. Clark, Deputy Clerk            2/23/2016
Peter Oppeneer, Clerk of Court              Date