IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

v.

DYLON RADTKE, GREGORY GRAMS,
JANEL NICKEL, RICK RAEMISCH,
JOANNE LANE, MARY LEISER,
DR. DALIA SULIENE, LORI ALSUM,
ALICE ROGERS and THOMAS MALONEY,

    Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case No. 10-cv-510-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered

1) Denying plaintiff Jackie Carter leave to proceed against defendants Dalia Suliene, Lori Alsum and Thomas Maloney;

2) Granting summary judgment in favor of defendants Gregory Grams, Rick Raemisch, Joanne Lane, Mary Leiser and Alice Rogers;

3) Awarding plaintiff Jackie Carter $1.00 for compensatory damages against defendants Dylon Radtke and Janel Nickel, jointly and severally;

4) Awarding plaintiff Jackie Carter $50.00 in punitive damages against defendant Dylon Radtke;

5) Awarding plaintiff Jackie Carter $100.00 in punitive damages against defendant Janel Nickel; and

6) Awarding plaintiff Jackie Carter $226.50 in attorney's fees, of which $75.00 is due solely from defendant Radtke, $150.00 is due solely from defendant Nickel, and the remainder $1.50 is due jointly and severally from both defendants.

Approved as to form this 22nd day of March, 2017.

_____
William M. Conley
District Judge

_____          3/24/17
Peter Oppeneer, Clerk of Court           Date